IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Bailey Reed,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 18-cv-1968-GCS |
| | ) |
| **Southern Illinois University** | ) |
| **d/b/a** *Southern Illinois University* | ) |
| *at Edwardsville et al*, | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the parties' joint stipulation under Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 154), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: November 15, 2022

                                             MONICA A. STUMP, Clerk of Court
                                             *s/ Catina Simpson*
                                             Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge